UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
RUHL, RONALD W. § Case No. 09-45933
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Eagle Bank 556 Randall Road South Elgin, IL 60177 |  |  |  |  |  |
|  | Wells Fargo 3476 Stateview Blvd. Fort Mill, SC 29715 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Bank PO Box 31557-CB Disputes Billings, MT 59107 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |
| MAXWELL LAW GROUP, LLC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi c/o Citi Corp. PO Box 6500 Sioux Falls, SD 57117-6500 | | | | | |
| | Citibank (South Dakota) c/o Alliance One 4850 Street Rd, Ste 300 Trevose, PA 19053 | | | | | |
| | HFC PO Box 1547 Chesapeake, VA 23327 | | | | | |
| | THD/Citibank PO Box 6497 Sioux Falls, SD 57117-6497 | | | | | |
| 000001A | DISCOVER BANK | | | | | |
| 000003A | GE MONEY BANK DBA PAYPAL | | | | | |
| 000002A | GE MONEY BANK DBA SAM'S CLUB | | | | | |
| 000004A | HSBC BANK NEVADA, N.A. | | | | | |
| 000005A | HSBC BANK NEVADA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-45933 ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RUHL, RONALD W. | | Date Filed (f) or Converted (c): | 12/04/09 (f) |
| | | | 341(a) Meeting Date: | 01/14/10 |
| For Period Ending: | 06/05/14 | | Claims Bar Date: | 08/16/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY HOME 10502 DRUMMOND AVE. MELROSE PAR | 189,500.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT LEYDEN CREDIT UNION | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3. SAVINGS ACCOUNT KEYDEN CREDIT UNION | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4. T.V., FURNITURE | 500.00 | 500.00 | | 0.00 | FA |
| 5. NORMAL APPAREL | 500.00 | 500.00 | | 0.00 | FA |
| 6. ERISA QUALIFIED 401(K) | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 7. GOVERNMENT OR CORPORATE BONDS | 100.00 | 100.00 | | 0.00 | FA |
| 8. 2001 DODGE PICKUP SPORT - 100K MILES | 3,025.00 | 3,025.00 | | 0.00 | FA |
| 9. 2007 DODGE CALIBER AMERICAN EAGLE BANK | 8,755.00 | 8,755.00 | | 0.00 | FA |
| 10. TAX REFUND (u) | 0.00 | 0.00 | | 7,046.00 | FA |
| TOTALS (Excluding Unknown Values) | $206,380.00 | $16,880.00 | | $7,046.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-tax refund; Debtor refused to turn over; Trustee obtained judgment against d in 8/12 for the amount of the tax refund

Initial Projected Date of Final Report (TFR):  / /     Current Projected Date of Final Report (TFR):  / /

LFORM1                                                                                                              Ver: 18.00
**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 09-45933 -ERW | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|
| Case Name: | RUHL, RONALD W. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8512 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0749 | | |
| For Period Ending: | 06/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/30/13 | 10 | CANADIAN PACIFIC RAILWAY COMPANY (SOO LINE RAILROAD COMPANY) MINNEAPOLIS, MN | GARNISHMENT CHECKS | 1124-000 | 1,742.61 | | 1,742.61 |
| 08/28/13 | 10 | CANADIAN PACIFIC RAILWAY CO. MINNEAPOLIS, MN | GARNISHMENT CHECKS | 1124-000 | 432.39 | | 2,175.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,165.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,155.00 |
| 10/11/13 | 10 | CANDIAN PACIFIC RAILWAY COMPANY MINNEAPOLIS, MN | GARNISHMENT CHECKS | 1124-000 | 488.15 | | 2,643.15 |
| 10/28/13 | 10 | Canadian Pacific Railway Co Minneapolis, Minnesota | GARNISHMENT CHECKS | 1124-000 | 524.89 | | 3,168.04 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,158.04 |
| 11/12/13 | 10 | CANADIAN PACIFIC RAILWAY CO MINNEAPOLIS, MINNESOTA | GARNISHMENT CHECKS | 1124-000 | 525.20 | | 3,683.24 |
| 11/27/13 | 10 | CANADIAN PACIFIC RAILWAY CO | GARNISHMENT CHECKS | 1124-000 | 518.98 | | 4,202.22 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,192.22 |
| 12/12/13 | 10 | CANADIAN PACIFIC RAILWAY CO MINNEAPOLIS, MN | GARNISHMENT CHECKS | 1124-000 | 601.49 | | 4,793.71 |
| 12/27/13 | 10 | CANADIAN PACIFIC RAILWAY CO | GARNISHMENT CHECKS | 1124-000 | 415.35 | | 5,209.06 |
| 01/07/14 | 10 | Chase Bank Cashier Check for Ronal Ruhl | GARNISHMENT CHECKS | 1124-000 | 1,546.94 | | 6,756.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,746.00 |
| 01/23/14 | 10 | CHASE BANK | Garnishment Balance | 1110-000 | 250.00 | | 6,996.00 |
| 02/07/14 | 010001 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | bond # 016026455 | 2300-000 | | 7.67 | 6,988.33 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,978.33 |

Page Subtotals    7,046.00    67.67

Ver: 18.00

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-45933 -ERW | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | RUHL, RONALD W. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8512 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0749 | | | |
| For Period Ending: | 06/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,968.33 |
| 05/08/14 | 010002 | ANDREW J. MAXWELL<br>105 W. ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | Chapter 7 Compensation/Fees | 2100-000 | | 1,454.60 | 5,513.73 |
| 05/08/14 | 010003 | MAXWELL LAW GROUP, LLC<br>105 W ADAMS ST<br>SUITE 3200<br>CHICAGO IL 60603 | Trustee's attorney<br>o/c 5/7/2014<br><br>Fees        5,480.92<br>Expenses      32.81 | <br><br><br>3110-000<br>3120-000 | | 5,513.73 | 0.00 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | COLUMN TOTALS | | 7,046.00 | 7,046.00 | 0.00 |
|   | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
|   | Subtotal | | 7,046.00 | 7,046.00 | |
|   | Less: Payments to Debtors | | | 0.00 | |
|   | Net | | 7,046.00 | 7,046.00 | |

|   | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********8512) | 7,046.00 | 7,046.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 7,046.00 | 7,046.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       6,978.33

Ver: 18.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*